ORIGINAL

FILED

05/07/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0266

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0266

STATE OF MONTANA,

Plaintiff and Appellee,

v.

AARON LEE OLBRICHT,

Defendant and Appellant.

O R D E R

FILED

MAY - 7 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

On his own behalf, Aaron Lee Olbricht has filed a verified Petition for an Out-of-Time Appeal, indicating that he failed to file a timely Notice of Appeal because he "was misinformed that [he] could file [an] appeal on [his] sentence review." Olbricht includes a copy of the January 4, 2024 Sentencing Order issued in the Fifth Judicial District Court, Beaverhead County. Olbricht also moves this Court for appointment of counsel.

We observe that Olbricht served a copy of his Petition to the County Attorney, but he did not include service to the Attorney General, pursuant to M. R. App. P. 10(2).

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

Olbricht has recent convictions and sentences. This Court concludes that Olbricht is entitled to an appeal and that he may be entitled to representation of counsel. Section 46-8-104, MCA. Therefore,

IT IS ORDERED that Olbricht's Petition for an Out-of-Time Appeal is GRANTED.

IT IS FURTHER ORDERED that Olbricht's Motion for Appointment of Counsel is GRANTED. The Appellate Defender Division shall have thirty days from the date of this Order within which either to file a Notice of Appeal or a Motion to Rescind this Order Appointing Counsel. If Olbricht qualifies for appointed counsel, the Appellate Defender Division shall immediately order the appropriate transcripts.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: Attorney General Austin Knudsen with a copy of Olbricht's Petition; counsel of record; the Appellate Defender Division, and Aaron Lee Olbricht personally.

DATED this _7th_ day of May, 2024.

_[signature]_
Chief Justice

_[signature]_

_[signature]_

_[signature]_

_[signature]_
Justices